**Kevin D. WEST, Plaintiff–Appellant,**

v.

**William J. HENDERSON, Postmaster General, Defendant–Appellee.**

No. 00–2210.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 23, 2001.

Kevin D. West, pro se. Lynne Ann Battaglia, United States Attorney, Nadira Clarke, Special Assistant United States Attorney, Baltimore, MD, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kevin D. West appeals the district court's order denying relief in his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *West v. Henderson,* No. CA–99–840–WMN (D.Md. Aug. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*